United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURT F. JOHNSON and DALE SCOTT HEINEMAN,<br><br>Defendants.<br>_____/ | No. CR 05-00611 WHA<br><br>**SPECIAL VERDICT FORM [DRAFT]** |

YOU MAY APPROACH THE FOLLOWING QUESTION IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

As to each count, if the government has proven the offense charged against defendant Dale Scott Heineman or defendant Kurt F. Johnson beyond a reasonable doubt, then check "Guilty," otherwise check "Not Guilty."

| **COUNT** | **DALE SCOTT HEINEMAN** | **KURT F. JOHNSON** |
|---|---|---|
| Count One<br>(18 U.S.C. 1349) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |

```
1
2    Count Two            Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
3
4
5    Count Three          Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
6
7
8    Count Four           Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
9
10
11
12   Count Five           Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
13
14
15
16   Count Nine           Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
17
18
19
20   Count Ten            Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
21
22
23
24   Count Eleven         Guilty     _____           Guilty     _____
     (18 U.S.C. 1341)     Not Guilty _____           Not Guilty _____
25
26
27
28
```

**United States District Court**
For the Northern District of California

2

| | | |
|---|---|---|
| Count Twelve<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirteen<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Fourteen<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Nineteen<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Twenty<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Twenty-One<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |

| | | |
|---|---|---|
| Count Twenty-Two<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Twenty-Three<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Twenty-Four<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Twenty-Five<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirty-One<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirty-Two<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |

**United States District Court**
For the Northern District of California

4

| | | |
|---|---|---|
| Count Thirty-Three<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirty-Four<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirty-Eight<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Thirty-Nine<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-One<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |

| | | |
|---|---|---|
| Count Forty-Two<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Three<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Four<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Five<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Six<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Seven<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| Count Forty-Eight<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Forty-Nine<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Fifty<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Fifty-One<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Fifty-Two<br>(18 U.S.C. 1341) | Guilty _____<br>Not Guilty _____ | Guilty _____<br>Not Guilty _____ |
| Count Sixty-Four<br>(18 U.S.C. 401(3)) | Guilty _____<br>Not Guilty _____ | |
| Count Sixty-Five<br>(18 U.S.C. 401(3)) | | Guilty _____<br>Not Guilty _____ |

**CONCLUSION**

ONCE YOU HAVE FINISHED ANSWERING ALL QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM, THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: _____

_____
Foreperson